UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

In re: David and Michelle Tiffner　　　　　　　CASE NO.: **10-36198**
　　　　　　　　　　　　　　　　　　　　　　　(Chapter 13)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　:JUDGE
　　　　Debtor(s)

# AMENDED PLAN PRIOR TO CONFIRMATION AND NOTICE

Now comes the Chapter 13 Debtor(s) and hereby amend(s) the unconfirmed Plan as follows:

Monthly Plan Payments:　　　Current: $1396.00　　　Proposed: $1,500.00

　　　If the plan changes the monthly payments, amended Schedules I and J are attached.

Percent to Unsecured Creditors:　　　Current: 20.00%　　　Proposed: 20.00%

Length of Plan (months): Current: 60 Proposed: 60

Proposed Effective Date: December 1, 2010.

If the amended plan reduces the plan to less than 100% to the general unsecured creditors,

　　　_____ **attached is an appraisal of any real estate in which the debtor has an interest, or,**

Reason for the amended plan, including any changes in circumstances since last plan:

Debtors' intention to surrender fleetwood popup camper was not clearly stated in plan.
Debtors' original plan calculation exceeded 5 years.


　　　　　　　　　　　　　　　　　　　　　　　/s/ Mitchell W. Allen

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Debtor(s)

/s/ David Tiffner
_____
Debtor


/s/ Michelle Tiffner
_____
Debtor

Rev. 1.08  11/10/09

Debtor (last name) Tiffner          Case no.  **10-36198**

[List only creditors affected by amended plan]


Creditor name: Creditor name: Fifth Third Bank

Type of Claim:  (X) secured   (____) unsecured   (____) 507 priority   (____) other

Nature of Claim: Auto Loan

Current Plan: $426.40 per month

Proposed Plan: $495.00 per moth


Creditor name: Creditor name: Fifth Third Bank

Type of Claim:  (X) secured   (____) unsecured   (____) 507 priority   (____) other

Nature of Claim: Fleetwood popup camper Loan

Current Plan: not specified.

Proposed Plan: surrender camper in full satisfaction of the loan.

# CERTIFICATE OF SERVICE WITH TWENTY ONE DAY NOTICE

**All parties are hereby placed on notice that an objection to this amended plan must be filed within twenty-one (21) days of the date set forth on the Certificate of Service or an order will be submitted to the court confirming this amended plan. If an objection to this amended plan is timely filed, then this matter shall be set for hearing.**

A copy hereof was served upon the following creditor on the <u>18th</u> day of <u>November, 2010</u>.

Fifth Third Bank
PO Box 829009
Dallas, TX 75382-9009

DATE: <u>11/18/2010</u> SERVED BY: <u>Mitchell W. Allen</u>

Rev. 1.07 10/21/09